1
2
3
4
5
6                   UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA
8                                * * *
9    JORGE VELA-VASQUEZ,                  Case No. 3:12-cv-00627-MMD-VPC
10                          Plaintiff,                ORDER
11        v.
12   WASHOE COUNTY SHERIFF'S
     DEPARTMENT, et al.,
13
                            Defendants.
14
15
16        IT IS ORDERED that this action is DISMISSED without prejudice to plaintiff's
17   commencement of a *new* action in which he either pays the filing fee in full or submits a
18   complete application to proceed *in forma pauperis*, accompanied by a signed financial
19   certificate and a statement of his inmate account.  The Clerk of the Court shall enter
20   judgment accordingly.
21
22        DATED THIS 3rd day of December 2012.
23
24                                         _____
                                           MIRANDA M. DU
25                                         UNITED STATES DISTRICT JUDGE
26
27
28